Rowe v 4601 Second Ave, LLC (2024 NY Slip Op 03773)

Rowe v 4601 Second Ave, LLC

2024 NY Slip Op 03773

Decided on July 10, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 10, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
DEBORAH A. DOWLING
HELEN VOUTSINAS
LAURENCE L. LOVE, JJ.

2021-06797
 (Index No. 517975/16)

[*1]Glenson Rowe, respondent, 
v
4601 Second Ave, LLC, defendant, Volmar Construction, Inc., appellant.

Wilson Elser Moskowitz Edelman & Dicker LLP, New York, NY (Patrick J. Lawless and Judy Selmeci of counsel), for appellant.
Wiese & Aydiner, PLLC, Mineola, NY (Si Aydiner of counsel), for respondent.

DECISION & ORDER
In an action to recover damages for personal injuries, the defendant Volmar Construction, Inc., appeals from an order of the Supreme Court, Kings County (Loren Baily-Schiffman, J.), dated August 30, 2021. The order, insofar as appealed from, denied that defendant's motion for summary judgment dismissing the amended complaint and all cross-claims insofar as asserted against it.
ORDERED that the appeal is dismissed as academic, with costs, in light of our determination on a related appeal (see Rowe v 4601 Second Ave, LLC, ____ AD3d ____ [Appellate Division Docket No. 2021-00853; decided herewith]).
BRATHWAITE NELSON, J.P., DOWLING, VOUTSINAS and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court